UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO. 1:12-CR-00602-ENV(4)

UNITED STATES OF AMERICA,

Plaintiff,

v.

CESAR OMAR LOPEZ-MARTINEZ,

Defendant.
_____/

## NOTICE OF APPEARANCE

The undersigned attorney, OSCAR S. RODRIGUEZ, ESQ., files this Notice of Appearance on behalf of the Defendant, CESAR OMAR LOPEZ-MARTINEZ, and respectfully request that all notices of Court hearings and pleadings be served upon undersigned Counsel.

Respectfully submitted,

OSCAR S. RODRIGUEZ, P.A.
F.B.N. 194325
4500 S LeJeune Road
Coral Gables, FL 33146
Tel.:(305)445-2000
Fax:(305)445-9007
Email: osrlaw@aol.com

/s/ *Oscar S. Rodriguez*
Oscar S. Rodriguez, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed this 4TH day of November, 2014, served on all appropriate parties through CM/ECF.

/s/ *Oscar S. Rodriguez*
Oscar S. Rodriguez, Esq.